# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>KEITH GILL<br>Civil Action No. 8:20-cv-56565-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Keith Gill, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, California Central District - Eastern Division absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 3/21/2022                    Respectfully submitted,

*/s/ Sean Patrick Tracey*
Sean Patrick Tracey (Admitted Pro Hac Vice)
Texas Bar No. 20176500
Shawn P. Fox (Admitted Pro Hac Vice)
Texas Bar No. 24040926
Clint Casperson (Admitted Pro Hac Vice)
Texas Bar No. 24075561
TRACEY FOX KING & WALTERS
440 Louisiana St., Suite 1901

        Houston, Texas 77002
        713-495-2333 Tel.
        866-709-2333 Facsimile
        stracey@traceylawfirm.com
        sfox@traceylawfirm.com
        ccasperson@traceylawfirm.com
        3M@traceylawfirm.com

        */s/ Dana Lizik*
        Dana Lizik (Admitted Pro Hac Vice)
        Texas State Bar No. 24098007
        Basil E. Adham (Admitted Pro Hac Vice)
        Texas State Bar No. 24081742
        JOHNSON LAW GROUP
        2925 Richmond Avenue, Suite 1700
        Houston, Texas 77098
        (713) 626-9336
        (713) 583-9460 (facsimile)
        dlizik@johnsonlawgroup.com
        badham@johnsonlawgroup.com
        Earplugs@johnsonlawgroup.com

        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of March 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

        */s/ Sean P. Tracey*
        Sean Patrick Tracey

        */s/ Dana Lizik*
        Dana Lizik